MARTIN L. HOSTAGER v. NORTHWEST PAPER COMPANY.[1]

January 21, 1910.

Nos. 16,308—(156).

**Order not Appealable.**
> An order denying a motion for judgment notwithstanding the verdict is
> not appealable. Otherwise, where the order denies an alternative motion for
> judgment non obstante or for a new trial. [Reporter.]

Action by the administrator of the estate of Harold Anderson,
deceased, in the district court for Carlton county to recover $1,999.99
damages for the death of his intestate. The case was tried before
Cant, J., and a jury which rendered a verdict in favor of plaintiff
in the sum of $1,500. From an order denying defendant's motion
for judgment notwithstanding the verdict, it appealed. Dismissed.

*Howard T. Abbott,* for appellant.
*John Jenswold, Jr.,* for respondent.

PER CURIAM.

Action to recover damages for the death of plaintiff's intestate,
in which plaintiff had a verdict, and defendant moved for judgment
notwithstanding the verdict, and appealed from an order denying it.

We are confronted at the outset with the fact that the order is not
appealable. We have repeatedly held that an order denying a mo-
tion for judgment notwithstanding the verdict is not appealable.
Oelschlegel v. Chicago G. W. Ry. Co., 71 Minn. 50, 73 N. W. 631;
Savings Bank of St. Paul v. St. Paul Plow Co., 76 Minn. 7, 78 N.
W. 873; Kalz v. Winona & St. Peter Ry. Co., 76 Minn. 351, 79 N.
W. 310; Sanderson v. Northern Pac. Ry. Co., 88 Minn. 162, 92 N.
W. 542, 60 L. R. A. 403, 97 Am. St. 509; Peterson v. Minneapolis
St. Ry. Co., 90 Minn. 52, 95 N. W. 751.

A distinction is made between an order based upon an alternative

[1]Reported in 124 N. W. 213.

motion for judgment or a new trial, and a motion for judgment without the alternative of a new trial, if judgment is denied. This is pointed out in the cases cited. Though the point is not made by plaintiff, the appeal must be dismissed, for it confers no jurisdiction. We have uniformly declined to consider such appeals, even where the parties expressly consent that they may be heard.

Appeal dismissed.